UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BILLY MILCHAK, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | 3:23-CV-00441-ATB |
| | § | |
| HOME DEPOT, U.S.A., INC., | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

On June 23, 2025, a jury returned a unanimous verdict in this premises-liability case in favor of Defendant Home Depot, U.S.A., Inc. and against Plaintiff Billy Milchak. In light of the jury's verdict, the Court hereby enters, under Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety. There being no just cause for delay, this is a **FINAL** and **APPEALEABLE** judgment.

**IT IS ORDERED** that judgment is **ENTERED** in favor of Defendant Home Depot, U.S.A., Inc., and against Plaintiff Billy Milchak, and that Plaintiff Billy Milchak **TAKE NOTHING**.

**IT IS FURTHER ORDERED** that all pending motions, if any, are denied as **MOOT**.

**IT IS FINALLY ORDERED** that the Clerk of the Court **SHALL CLOSE** this case.

So ORDERED and SIGNED this <u>23rd</u> day of June 2025.

**ANNE T. BERTON**
**UNITED STATES MAGISTRATE JUDGE**